CLOSED, TransSup

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:92-cr-00213-RLV-JRS All Defendants
# Internal Use Only

Case title: USA v. Graham
Magistrate judge case number: 1:92-mj-00624

Date Filed: 06/24/1992
Date Terminated: 12/22/1992

ATTEST: A TRUE COPY
CERTIFIED THIS
JAN 15 2008
James N. Hatten, Clerk
By: B. Evans
Deputy Clerk

Assigned to: Judge Robert L. Vining, Jr
Referred to: Magistrate Judge John R. Strother, Jr
Appeals court case numbers: 92-9312, 98-8812

**Defendant (1)**

**Newoky M. Graham**
*TERMINATED: 12/22/1992*

represented by **Jimmy Hardy**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Jimmy_Hardy@FD.Org
*TERMINATED: 12/22/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:952 NARCOTICS-IMPORTATION/EXPORTATION (1) | CNTS 1,2: 151 MOS. CBOP, to run conc. followed by 60 mos spv'd. release. $100.00 Special Assessment. |
| 21:841 NARCOTICS-SELL, DISTRIBUTE, OR DISPENSE (2) | CNTS 1,2: 151 MOS. CBOP, to run conc. followed by 60 mos spv'd. release. $100.00 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

**USA** represented by **Candiss Leigh Howard**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6031 Direct
Email: Loretta.Gainey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/1992 | | Arrest warrant as to defendant Newoky M. Graham returned unexecuted. [ 1:92-m -624 ] (jw) (Entered: 06/08/1992) |
| 05/26/1992 | 1 | Magistrate's complaint. Newoky M. Graham (1) count(s) cmp [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |
| 05/26/1992 | | Defendant Newoky M. Graham arrested. [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |
| 05/26/1992 | | INITIAL APPEARANCE HEARING held for Newoky M. Graham before Magistrate Allen L. Chancey Jr. . VERBAL ORDER preliminary exam set for 5/28/92 at 2:45Pm. , and VERBAL ORDER detention hearing set for 5/28/92 at 2:45Pm. [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |
| 05/26/1992 | 2 | Motion by USA as to Newoky M. Graham for detention [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |

| | | |
|---|---|---|
| 05/26/1992 | 3 | Magistrate's temporary commitment of Newoky M. Graham issued by Magistrate Allen L. Chancey Jr. . [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |
| 05/26/1992 | 4 | ORDER as to defendant Newoky M. Graham Appointing Federal Defender Program as Counsel. by Magistrate Allen L. Chancey Jr. [ 1:92-m -624 ] (pmw) (Entered: 05/29/1992) |
| 05/28/1992 | | Preliminary examination for Newoky M. Graham before Magistrate Allen L. Chancey Jr. . VERBAL ORDER finding probable cause, defendant is held to District Court. . [ 1:92-m -624 ] (jw) (Entered: 06/08/1992) |
| 05/28/1992 | 5 | ORDER as to defendant Newoky M. Graham DENYING motion for detention by USA [2-1] ORDER Surety bond set in the amount of $50,000.00 by Magistrate Allen L. Chancey Jr. [ 1:92-m -624 ] (jw) (Entered: 06/08/1992) |
| 06/12/1992 | 6 | Surety bond for Newoky M. Graham in the amount of $25,000.00 . Surety: Cathy Joyce, A Confidential Bail Bond Serv, Inc, 211 P'tree St, SW, Atlanta, GA 30303. [ 1:92-m -624 ] (pmw) (Entered: 06/25/1992) |
| 06/12/1992 | 7 | ORDER setting conditions of release as to Newoky M. Graham by Magistrate Allen L. Chancey Jr. . [ 1:92-m -624 ] (pmw) (Entered: 06/25/1992) |
| 06/24/1992 | 1 | INDICTMENT filed. Newoky M. Graham (1) count(s) 1, 2 (pmw) (bse). (Entered: 06/29/1992) |
| 06/24/1992 | 2 | Defendant Information Sheet for Newoky M. Graham . (las) (Entered: 07/02/1992) |
| 06/24/1992 | 3 | Request for arraignment as to defendant Newoky M. Graham (las) (Entered: 07/02/1992) |
| 07/09/1992 | 5 | ORDER as to defendant Newoky M. Graham Appointing Jimmy Hardy, Federal Defender Program as Counsel. by Magistrate Joel M. (las) (Entered: 07/14/1992) |
| 07/09/1992 | 6 | ARRAIGNMENT HELD before Magistrate Joel M. Feldman as to Newoky M. Graham PLEA OF NOT GUILTY. Case assigned to Judge Robert L. Vining Jr. . Pretrial Magistrate John R. Strother Jr. . (las) (Entered: 07/14/1992) |
| 07/10/1992 | 4 | Pretrial scheduling order by Magistrate John R. Strother Jr. as to defendant Newoky M. Graham scheduling a pretrial conference for 7/23/92 at 9:30 a.m. (las) (Entered: 07/13/1992) |
| 07/20/1992 | 7 | MOTION by defendant Newoky M. Graham to allow participation in voir dire with brief in support. (las) (Entered: 07/23/1992) |
| 07/20/1992 | 8 | MOTION by defendant Newoky M. Graham for discovery with brief in support. (las) (Entered: 07/23/1992) |

| | | |
|---|---|---|
| 07/20/1992 | 9 | MOTION by defendant Newoky M. Graham to preserve evidence with brief in support. (las) (Entered: 07/23/1992) |
| 07/20/1992 | 10 | MOTION by defendant Newoky M. Graham for information regarding prior bad acts of defendant or any co-defendant with brief in support. (las) (Entered: 07/23/1992) |
| 07/23/1992 | | PRE-TRIAL CONFERENCE as to Newoky M. Graham GRANTING motion to preserve evidence [9-1] as to Newoky M. Graham (1), GRANTING motion for information regarding prior bad acts of defendant or any co-defendant [10-1] as to Newoky M. Graham (1), GRANTING IN PART AND DENYING IN PART motion for discovery [8-1] as to Newoky M. Graham (1), DEFERRING ruling on motion to allow participation in voir dire [7-1] . as to Newoky M. Graham (1) (las) (Entered: 07/27/1992) |
| 08/28/1992 | 11 | ORDER DECLARING CASE READY FOR TRIAL as to Newoky M. Graham subject to objections on rulings by Magistrate John R. Strother Jr., c/served by magistrate. (bh) (Entered: 08/28/1992) |
| 09/08/1992 | | (Court only) JS-2 docketed. (pt) (Entered: 09/08/1992) |
| 09/08/1992 | 12 | ORDER directing the USM to povide dft. with transportation expenses including ai fare and cab fare between Providence, RI and Atlanta for trial on 9/14/92 as to defendant Newoky M. Graham by Magistrate John R. Strother Jr. filed. (las) (Entered: 09/09/1992) |
| 09/23/1992 | 13 | Proposed voir dire questions by defendant Newoky M. Graham . (las) (Entered: 09/28/1992) |
| 09/23/1992 | 14 | MOTION by defendant Newoky M. Graham for transportation funds and/or expenses with brief in support. (las) (Entered: 09/28/1992) |
| 09/23/1992 | 15 | ORDER as to defendant Newoky M. Graham GRANTING motion for transportation funds and/or expenses [14-1] as to Newoky M. Graham (1) by Magistrate John R. Strother Jr. (las) (Entered: 09/28/1992) |
| 09/28/1992 | 16 | REQUEST TO CHARGE by defendant Newoky M. Graham . (las) (Entered: 09/28/1992) |
| 09/28/1992 | 17 | Proposed voir dire questions by defendant Newoky M. Graham . (las) (Entered: 09/30/1992) |
| 09/28/1992 | 18 | Proposed voir dire questions by plaintiff USA as to defendant Newoky M. Graham . (las) (Entered: 09/30/1992) |
| 09/28/1992 | 19 | REQUEST TO CHARGE by plaintiff USA, defendant Newoky M. Graham. (las) (Entered: 09/30/1992) |
| 09/29/1992 | | JURY TRIAL by defendant Newoky M. Graham HELD. Dft. & govt exhibits admitted. (las) (Entered: 10/01/1992) |
| 09/30/1992 | | JURY TRIAL by defendant Newoky M. Graham HELD. Jury notes filed. Jury verdict returned. Guilty as to cnts 1 & 2. (las) (Entered: 10/01/1992) |

| | | |
|---|---|---|
| 09/30/1992 | 20 | Jury notes filed (#1 & #2). (las) (Entered: 10/01/1992) |
| 09/30/1992 | | JURY TRIAL by defendant Newoky M. Graham ends (las) (Entered: 10/01/1992) |
| 09/30/1992 | 21 | VERDICT of Jury OF GUILTY Newoky M. Graham (1) count(s) 1, 2. (las) (Entered: 10/01/1992) |
| 09/30/1992 | 23 | ORDER directing the USM to provide meals to the jurors and attending deputies during the period of deliberation as to defendant Newoky M. Graham by Judge Robert L. Vining Jr. filed. (las) (Entered: 10/06/1992) |
| 10/01/1992 | 22 | Notice of sentencing date as to defendant Newoky M. Graham set for 10:30 12/10/92. (cc: by courtroom deputy clerk). (las) (Entered: 10/01/1992) |
| 10/06/1992 | | Steno notes of proceedings held as to defendant Newoky M. Graham 9/29/92 before Judge Robert L. Vining Jr. , by Court Reporter K. Bramlett. (las) (Entered: 10/06/1992) |
| 10/06/1992 | | Steno notes of proceedings held as to defendant Newoky M. Graham 9/28/92 before Judge Robert L. Vining Jr. , by Court Reporter K Bramlett. (las) (Entered: 10/06/1992) |
| 11/09/1992 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 9/29/92. OCR-K. Trotter (las) (Entered: 11/12/1992) |
| 12/17/1992 | | (Court only) Case terminated. (las) (Entered: 12/23/1992) |
| 12/17/1992 | 24 | Memorandum in aid of sentencing by defendant Newoky M. Graham. (las) (Entered: 12/18/1992) |
| 12/22/1992 | | Sentencing of Newoky M. Graham (1) count(s) 1, 2 . CNTS 1,2: 151 MOS. CBOP, to run conc. followed by 60 mos spv'd. release. $100.00 Special Assessment. Dft remanded to USM (las) (Entered: 12/23/1992) |
| 12/23/1992 | 25 | Judgment and commitment as to Newoky M. Graham issued. (USA,USM,USPO,USPS,FIN,CNSL) (las) (Entered: 12/23/1992) |
| 12/23/1992 | 26 | NOTICE OF APPEAL from sentence [0-0] by defendant Newoky M. Graham . (las) (Entered: 12/24/1992) |
| 12/24/1992 | | Notice of appeal and certified copy of docket to U.S. Court of Appeals RE: by Newoky M. Graham for Court of Appeals appeal [26-1] . (las) (Entered: 12/24/1992) |
| 01/07/1993 | | Acknowledgment by Court of Appeals regarding Court of Appeals appeal by Newoky M. Graham [26-1] . USCA dkt no. 92-9312 (eyb) (Entered: 01/11/1993) |
| 02/18/1993 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 9/28/92. OCR-K. Bramlett (las) (Entered: 02/18/1993) |

| | | |
|---|---|---|
| 02/18/1993 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 9/29/92. OCR-K. Bramlett (las) (Entered: 02/18/1993) |
| 02/18/1993 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 9/30/92. OCR-K. Bramlett (las) (Entered: 02/18/1993) |
| 02/25/1993 | | Judgment and commitment as to Newoky M. Graham returned executed on 2/18/93. (FCI Danbury, CT) (las) (Entered: 02/26/1993) |
| 03/05/1993 | | Request for Certificate of Readiness from Court of Appeals regarding Court of Appeals appeal by Newoky M. Graham [26-1] (las) (Entered: 03/08/1993) |
| 03/05/1993 | | Presentence Investigation as to defendant Newoky M. Graham. (forwarded request to USPO) (las) (Entered: 03/08/1993) |
| 03/08/1993 | | CERTIFICATE OF READINESS OF RECORD ON APPEAL with certified copy of docket mailed to USCA. (1 vol pldgs, 4 vols transcripts, 1 PSI) (las) (Entered: 03/08/1993) |
| 03/10/1993 | | Presentence Investigation as to defendant Newoky M. Graham received. (las) (Entered: 03/10/1993) |
| 03/19/1993 | | Acknowledgment by Court of Appeals regarding receipt of certificate of readiness as to Newoky M. Graham [26-1]. USCA dkt no. 92-9312 (las) (Entered: 03/22/1993) |
| 06/03/1993 | 27 | Certified copy of JUDGMENT OF USCA GRANTING appellant's motion to continue due date of appellant's brief. Brief is due 14 days from the date that the filing of the transcript of the jury selection. Court of Appeals appeal [26-1] (las) (Entered: 06/09/1993) |
| 07/06/1993 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 9/28/92. OCR-K. Bramlett (las) (Entered: 07/09/1993) |
| 07/15/1993 | | Request for AMENDED Certificate of Readiness from Court of Appeals regarding the notice of appeal by Newoky M. Graham [26-1] (bcm) (Entered: 07/20/1993) |
| 07/22/1993 | | AMENDED CERTIFICATE OF READINESS OF RECORD ON APPEAL with certified copy of docket mailed to USCA. (1 vol. trans. of 9/28/92) (yrm) (Entered: 07/22/1993) |
| 08/03/1993 | | Acknowledgment by Court of Appeals regarding receipt of AMENDED C.O.R. dtd 7/22/93. USCA dkt no. 92-9312 (bcm) (Entered: 08/06/1993) |
| 09/22/1993 | | FORTHWITH LETTER from U.S. Court of Appeals requesting the record on appeal as to Newoky M. Graham [26-1] (las) (Entered: 09/23/1993) |
| 09/23/1993 | | Certified and TRANSMITTED RECORD to U.S. Court of Appeals appeal by Newoky M. Graham [26-1] . (las) (Entered: 09/23/1993) |
| 10/18/1993 | | FORTHWITH LETTER from U.S. Court of Appeals requesting record on appeal as to Newoky M. Graham [26-1] (las) (Entered: 10/18/1993) |

| | | |
|---|---|---|
| 10/27/1993 | | Acknowledgment by Court of Appeals regarding receipt of record on appeal as to Newoky M. Graham [26-1]. USCA dkt no. 92-9312 (las) (Entered: 10/28/1993) |
| 01/06/1994 | 28 | Certified copy of JUDGMENT OF USCA AFFIRMING judgment of this court. Court of Appeals appeal [26-1] (las) (Entered: 01/07/1994) |
| 01/06/1994 | | Record on appeal returned from Court of Appeals appeal by Newoky M. Graham [26-1]. PSI returned to USPO (las) (Entered: 01/07/1994) |
| 01/24/1995 | | TRANSCRIPT filed as to defendant Newoky M. Graham for dates of 12/17/92. OCR-K. Bramlett (lab) (Entered: 01/24/1995) |
| 05/02/1995 | 29 | ORDER DIRECTING the clerk to make the sealed material a part of the public record as to defendant Newoky M. Graham by Mag Judge John R. Strother Jr. filed. (lab) (Entered: 05/03/1995) |
| 05/02/1995 | 30 | MOTION by defendant Newoky M. Graham for transportation funds and/or expenses with brief in support. (filed 9/4/92) (lab) (Entered: 05/03/1995) |
| 05/02/1995 | 31 | APPLICATION by defendant Newoky M. Graham in forma pauperis for order requiring subpoena to be issued for service with brief in support. (filed 9/4/92) (lab) (Entered: 05/03/1995) |
| 05/02/1995 | 32 | APPLICATION by defendant Newoky M. Graham in forma pauperis for order requiring subpoenas to be issued for service with brief in support. (filed 9/24/92) (lab) (Entered: 05/03/1995) |
| 05/02/1995 | 33 | APPLICATION by defendant Newoky M. Graham in forma pauperis for order requiring subpoena to be issued for service with brief in support. (filed 9/28/92) (lab) (Entered: 05/03/1995) |
| 05/02/1995 | 34 | ORDER as to defendant Newoky M. Graham GRANTING motion in forma pauperis for order requiring subpoena to be issued for service by Newoky M. Graham [33-1], GRANTING motion in forma pauperis for order requiring subpoenas to be issued for service by Newoky M. Graham [32-1], GRANTING motion in forma pauperis for order requiring subpoena to be issued for service by Newoky M. Graham [31-1], GRANTING motion for transportation funds and/or expenses by Newoky M. Graham [30-1] by Mag Judge John R. Strother Jr. (filed 9/24/92) (lab) (Entered: 05/03/1995) |
| 07/19/1995 | 35 | MOTION by defendant Newoky M. Graham for appointment of counsel , for copies of trial transcript with brief in support. (lab) (Entered: 07/20/1995) |
| 07/19/1995 | 36 | ORDER as to defendant Newoky M. Graham DENYING motion for appointment of counsel by Newoky M. Graham [35-1], DENYING motion for copies of trial transcript by Newoky M. Graham [35-2] by Judge Robert L. Vining Jr. cc 7/20/95 (lab) (Entered: 07/20/1995) |

| | | |
|---|---|---|
| 09/07/1995 | 37 | MOTION by defendant Newoky M. Graham To be granted credit for time on bond as "In Custody Time" purs. to Title 18 Section 3568 with brief in support. (lab) (Entered 09/07/1995) |
| 09/07/1995 | 38 | ORDER as to defendant Newoky M. Graham DENYING motion To be granted credit for time on bond as "In Custody Time" purs. to Title 18 Section 3568 by Newoky M. Graham [37-1] by Judge Robert L. Vining Jr. cc:9/7/95 (lab) (Entered: 09/07/1995) |
| 08/19/1997 | 39 | ORDER by Mag Judge John R. Strother DIRECTING the clerk to make sealed material a part of the public record as to defendant Newoky M. Graham. Jr. (lab) (Entered: 08/25/1997) |
| 08/19/1997 | 40 | ORDER by Mag Judge John R. Strother directing the clerk to make the sealed material a part of the public record as to defendant Newoky M. Graham. (9/25/92) (lab) (Entered: 08/25/1997) |
| 04/27/1998 | 41 | MOTION by defendant Newoky M. Graham to vacate sentence pursuant to 28:2255. with brief in support. (98-cv-1297) (lab) (Entered: 05/07/1998) |
| 05/07/1998 | | Record requested from FRC as to defendant Newoky M. Graham [41-1]. (lab) (Entered: 05/07/1998) |
| 05/27/1998 | | Record recevied from FRC as to defendant Newoky M. Graham. (lab) (Entered: 05/27/1998) |
| 05/27/1998 | | SUBMITTED to Judge Robert L. Vining Jr. as to defendant Newoky M. Graham on [41-1] motion to vacate sentence pursuant to 28:2255. (lab) (Entered: 05/27/1998) |
| 06/03/1998 | 42 | ORDER by Judge Robert L. Vining Jr. as to defendant Newoky M. Graham DENYING [41-1] motion to vacate sentence pursuant to 28:2255. by Newoky M. Graham. (cc) (lab) (Entered: 06/03/1998) |
| 06/03/1998 | | (Court only) [0-0] district judge submit as to Newoky M. Graham (1) terminated. (lab) (Entered: 06/03/1998) |
| 06/03/1998 | | (Court only) (lab) (Entered: 06/03/1998) |
| 06/03/1998 | 43 | JUDGMENT ENTERED on for plaintiff USA against defendant Newoky M. Graham denying motion to vacate sentence. (lab) (Entered: 06/03/1998) |
| 06/23/1998 | 44 | NOTICE OF APPEAL by defendant Newoky M. Graham from [42-1] order denying motion to vacate sentence. (lab) (Entered: 06/25/1998) |
| 06/25/1998 | | Presentence Investigation as to defendant Newoky M. Graham requested from USPO. (lab) (Entered: 06/25/1998) |
| 06/25/1998 | | Notice of appeal and certified copy of docket to USCA RE: [44-1] appeal as to Newoky M. Graham. (lab) (Entered: 06/25/1998) |
| 06/25/1998 | | SUBMITTED to Judge Robert L. Vining Jr. as to defendant Newoky M. Graham for [44-1] certificate of appealability. (lab) (Entered: 06/25/1998) |

| | | |
|---|---|---|
| 07/01/1998 | | Acknowledgment by USCA as to Newoky M. Graham regarding appeal. [44-1] USCA dkt no. 98-8812. (lab) (Entered: 07/01/1998) |
| 07/02/1998 | 45 | ORDER by Judge Robert L. Vining Jr. as to defendant Newoky M. Graham DENYING cert of appealability on[44-1] Court of Appeals appeal (cc) USCA (cb) (Entered: 07/07/1998) |
| 07/06/1998 | | Presentence Investigation as to defendant Newoky M. Graham received. (lab) (Entered: 07/10/1998) |
| 08/27/1998 | 46 | PRO SE MOTION by defendant Newoky M. Graham to appeal in forma pauperis with attachments in support. (bcm) (Entered: 08/27/1998) |
| 08/27/1998 | | SUBMITTED to Judge Robert L. Vining Jr. as to defendant Newoky M. Graham on [46-1] motion to appeal in forma pauperis (bcm) (Entered: 08/27/1998) |
| 09/09/1998 | 47 | MOTION (styled informal bried) by defendant Newoky M. Graham to vacate [0-0] sentence (Civil case no.: 1:98-cv-2727) with brief in support. (bh) Modified on 09/22/1998 (Entered: 09/18/1998) |
| 09/18/1998 | | SUBMITTED to Judge Robert L. Vining Jr. as to defendant Newoky M. Graham on [47-1] motion to vacate [0-0] sentence (titled informal brief) (bh) (Entered: 09/18/1998) |
| 09/18/1998 | | Notice of 2255 as to defendant Newoky M. Graham to civil and USA. (1:98-cv-2727-RLV) (bh) Modified on 10/05/1998 (Entered: 09/18/1998) |
| 09/30/1998 | | USCA requests status of IFP & COA as to defendant Newoky M. Graham [44-1]. [98-8812] No ruling. (fem) (Entered: 09/30/1998) |
| 10/07/1998 | 48 | ORDER by Judge Robert L. Vining Jr. as to defendant Newoky M. Graham DENYING [46-1] motion to appeal in forma pauperis by Newoky M. Graham, denying as moot the [47-1] motion to vacate [0-0] sentence (Civil case no.: 1:98-cv-2727) by Newoky M. Graham (law clerk states that [47-1] is a brief to USCA, forwarded brief to USCA (cc & USCA) (bh) (Entered: 10/08/1998) |
| 10/08/1998 | | (Court only) (bh) (Entered: 10/08/1998) |
| 10/08/1998 | | Terminated submissions. (bh) (Entered: 10/08/1998) |
| 10/15/1998 | | Ack from USCA as to defendant Newoky M. Graham [44-1] of receipt of cy of ord denying IFP. (yrm) (Entered: 10/19/1998) |
| 11/05/1998 | | USCA requests ORIGINAL PLEADINGS AS TO defendant Newoky M. Graham [44-1] [98-8812] (fem) (Entered: 11/05/1998) |
| 11/05/1998 | | FORWARDED TO USCA ORIGINAL PLEADINGS AS TO defendant Newoky M. Graham [44-1] [98-8812] (2 vol. pleadings; 6 transcripts) (fem) (Entered: 11/05/1998) |
| 11/16/1998 | | USCA acknowledges ORGINAL PLEADINGS AS TO defendant Newoky M. Graham [44-1]. [98-8812] (fem) (Entered: 11/18/1998) |

| | | |
|---|---|---|
| 02/23/1999 | 49 | Certified copy of ORDER of USCA [44-1] is DISMISSED as to Newoky M. Graham (denied as moot appellant's motion to proceed ifp) USCA dkt no. 98-8812 (bh) (Entered: 03/03/1999) |
| 02/23/1999 | | Appeal record returned from USCA RE: [44-1] appeal as to Newoky M. Graham USCA dkt. # 98-8812 (8 volumes of original papers) (bh) (Entered: 03/03/1999) |
| 09/01/1999 | 50 | Certified copy of ORDER of USCA as to Newoky M. Graham denying appellant's motion for a certificate of appealability and deying as moot apellant's motion for leave to appeal ifp USCA dkt no. 98-8812 (bh) (Entered: 09/08/1999) |
| 10/13/2000 | | Letter requesting passport be made available to case manager at Alderson, WV by defendant Newoky M. Graham (forwarded to RLV for direction) (pt) (Entered: 10/13/2000) |
| 08/13/2001 | 51 | Certified copy of ORDER of USCA as to Newoky M. Graham denying application for leave to file a second or successive motion USCA dkt no. 01-14100-A. (fem) (Entered: 08/13/2001) |
| 02/01/2002 | | Returned Presentence Investigation as to defendant Newoky M. Graham to USPO. (fem) (Entered: 02/01/2002) |
| 03/22/2007 | | REMARK as to Newoky Graham. Original order transferring supervised release forwarded to the District Court of Rhode Island for the Judge's signature. (jpa) (Entered: 03/22/2007) |
| 04/16/2007 | 52 | Supervised Release Jurisdiction Transferred to USDC, District of Rhode Island as to Newoky M. Graham (cdg) (Entered: 04/24/2007) |
| 05/18/2007 | 53 | Probation Jurisdiction Transferred to USDC, District of Rhode Island as to Newoky M. Graham (cdg) (Entered: 05/18/2007) |
| 01/15/2008 | 54 | Transmitted documents as to Newoky M. Graham via certified mail to District of Rhode Island, with certified copies of indictment, judgment and docket sheet. (bse) (Entered: 01/15/2008) |